UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAPMAN EXCAVATING & CONCRETE CONSTRUCTION, INC., <br><br> Defendant. | Case No. 07-cv-701-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

**Dated: February 11, 2008**         **s/Vicki L. McGuire**
                                      **Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**